IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

LARCESS CHRISTIAN,

      Petitioner,

v.                                  Case No. 5D15-4230

STATE OF FLORIDA,

      Respondent.

_____/

Opinion filed March 24, 2016

Petition for Belated Appeal
A Case of Original Jurisdiction.

Larcess Christian, East Palatka, pro se.

Pamela Jo Bondi, Attorney General Tallahassee, and Kaylee D. Tatman, Assistant Attorney General, Daytona Beach, for Respondent.

PER CURIAM.

The petition for belated appeal is granted. A copy of this opinion shall be filed with the trial court and be treated as the notice of appeal from the June 15, 2015, order denying his motion for post-conviction relief filed pursuant to Florida Rule of Criminal Procedure 3.850 in Case No. 05-2011-CF-029088-A, in the Circuit Court in and for Brevard County, Florida. See Fla. R. App. P. 9.141(c)(6)(D).

PETITION GRANTED.

SAWAYA, ORFINGER and EVANDER, JJ., concur.